IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT PLAYFORD,              )
derivatively, on behalf of    )
Colonial BancGroup, Inc.,     )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     2:09cv182-MHT
                              )         (WO)
ROBERT E. LOWDER, et al.,     )
                              )
    Defendants.               )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' motion to dismiss (doc. no. 9) is granted.

(2) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff Robert Playford, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of July, 2009.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE