UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**ROBERT E. LOWDER, et al.,**<br><br>   Defendants. | Civil Action No: 2:09-cv-00182-MHT |

## STIPULATION OF DISMISSAL

The Colonial BancGroup, Inc. (the "Debtor") and the defendants in this matter (the "Defendants") hereby stipulate to the dismissal with prejudice, costs taxed as paid, of the above-captioned civil action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The undersigned parties agree that the dismissal of this action does not preclude any claim against the Defendants or any other "Insured Person" (as that term is defined in the Debtor's director and officer insurance policies) by the Federal Deposit Insurance Corporation as receiver for Colonial Bank or in its corporate capacity, or by any other governmental or regulatory agency asserted in any criminal, administrative, or civil action.

[*Remainder of page intentionally left blank.*]

Dated:  June 5, 2012

| | |
|---|---|
| /s/ Andrew P. Campbell<br>Andrew P. Campbell<br>Leitman, Siegal, Payne & Campbell PC<br>420 N. 20th Street, Suite 2000<br>Birmingham, Alabama 35203<br>(205) 251-5900<br>acampbell@lspclaw.com<br><br>Attorneys for The Colonial BancGroup, Inc. | /s/ James F. Hughey III<br>James F. Hughey III<br>Lightfoot Frankline & White, L.L.C.<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203-3200<br>(205) 581-0700<br>jhughey@lightfootlaw.com<br><br>Attorneys for Robert E. Lowder |

 /s/ Larry B. Childs
Larry B. Childs
Waller Lansden Dortch & Davis LLP
1901 Sixth Avenue North
Suite 1400
Birmingham, Alabama 35203-2623
205-214-6380 (phone)
larry.childs@wallerlaw.com

Attorneys for Lewis E. Beville; Augustus K.
  Clements, III; Robert S. Craft; Patrick F. Dye;
  Hubert L. Harris, Jr.; Clinton O. Holdbrooks;
  Deborah L. Linden; John Ed Mathison;
  Milton E. McGregor; Joseph D. Mussafer;
  William E. Powell, III; James W. Rane;
  Simuel Sippial, Jr.; and Estate of Edward V.
  Welch

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing or by first class U.S. mail, postage pre-paid, as listed below:

CM/ECF:

| | |
|---|---|
| Earl Price Underwood, Jr. | (epunderwood@gmail.com) |
| Henry Gimenez | (hgimenez@lightfootlaw.com) |
| James F. Hughey, III | (jhughey@lightfootlaw.com) |
| Larry B. Childs | (larry.childs@wallerlaw.com) |
| Lea Carol Own | (carol.owen@wallerlaw.com) |
| Mitchell D. Greggs | (mgreggs@maynardcooper.com) |
| Samuel H. Franklin | (sfranklin@lightfootlaw.com) |
| Sara E. Collier | (law@federmanlaw.com) |
| William B. Federman | (wbf@federmanlaw.com) |

First Class Mail:

Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004

This 5th day of June, 2012.

    /s/ Andrew P. Campbell
Andrew P. Campbell, Esq.